**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Jane Doe v. United States       Case Number: 1:26-cv-03118

An appearance is hereby filed by the undersigned as attorney for:

Jane Doe

Attorney name (type or print): Daniel J. Cragg

Firm: Eckland & Blando LLP

Street address: 100 Washington Avenue South

City/State/Zip: Minneapolis, MN 55414

Bar ID Number: 389888                    Telephone Number: 612-236-0165
(See item 3 in instructions)

Email Address: dcragg@ecklandblando.com

Are you acting as lead counsel in this case?              ☑ Yes    ☐ No

Are you a member of the court's general bar?              ☑ Yes    ☐ No

Are you a member of the court's trial bar?                ☐ Yes    ☑ No

Are you appearing *pro hac vice*?                         ☐ Yes    ☑ No

If this case reaches trial, will you act as the trial attorney?  ☑ Yes    ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on  3/19/26

Attorney signature:    S/ Daniel J. Cragg
_____
(Use electronic signature if the appearance form is filed electronically.)

Revised  07/19/2023