**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Jane Doe, | |
| Plaintiff, | Case No.: 26-cv-03118 |
| | Case Type: Civil Medical Malpractice/Other |
| v. | |
| United States, | Judge Jeremy C. Daniel |
| Defendant. | |

**PLAINTIFF'S MOTION**
**FOR CONTINUED SEALING OF COMPLAINT AND TO**
**PROCEED UNDER A PSEUDONYM**

Now comes the Plaintiff, Jane Doe ("Doe" or "Plaintiff"), pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and Local Rule 26.2 of the Local Rules of the Northern District of Illinois by and through her undersigned counsel, hereby moves this Honorable Court for continued sealing of her Complaint and to proceed under a pseudonym.

The Complaint contains highly sensitive medical, psychological, and personally identifying information. Public disclosure of her identity would invade Plaintiff's privacy and risk harassment, doxxing, and other harms. As described in Plaintiff Jane Doe's Memorandum in support of her motion, good cause exists to seal because the harm from disclosure outweighs the public interest in access.

Accordingly, Plaintiff moves this Court to keep her initial Complaint, containing her legal name, under seal and proceed in this action using the pseudonym "Jane Doe" for all documents, filings, pleadings, or other public facing documents. Plaintiff's Complaint

1

replacing her legal name with "Jane Doe" is submitted concurrently with this Motion as "Exhibit B" to Counsel Daniel J. Cragg's Declaration in Support of Motion. Plaintiff additionally moves to have any personally identifying information (including addresses) redacted from publicly filed documents. Finally, Plaintiff moves to prohibit Defendant from identifying Plaintiff publicly. This motion is based upon the files, records, and proceedings herein, including the memorandum of law filed herewith and the oral argument of counsel.

WHEREFORE, Plaintiff respectfully requests that the Court grant her Motion for Leave for continued sealing of her Complaint and to proceed under a pseudonym.

ECKLAND & BLANDO LLP

Dated: March 24, 2026

/S/ DANIEL J. CRAGG

Daniel J. Cragg, Esq.
100 Washington Avenue South
Suite 1500
Minneapolis, MN 55401
(612) 236-0160
dcragg@ecklandblando.com

*Counsel for Plaintiff*

2