**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Jane Doe,<br><br>        Plaintiff,<br><br>    v.<br><br>United States,<br><br>        Defendant. | Case No.: 26-cv-03118<br><br>Case Type: Civil Medical Malpractice/Other<br><br>Judge Jeremy C. Daniel |

**DECLARATION OF DANIEL J. CRAGG IN SUPPORT OF
PLAINTIFF'S MOTION FOR CONTINUED SEALING OF HER COMPLAINT AND TO
PROCEED UNDER A PSEUDONYM**

Daniel J. Cragg, pursuant to 28 U.S.C. § 1746, states and declares as follows:

1. I am an attorney duly licensed to practice law in the State of Minnesota and admitted to the bar of this Court. I represent Plaintiff Jane Doe in the above captioned matter. This declaration is made upon personal knowledge unless noted otherwise.

2. Plaintiff filed her state court action in Wisconsin on November 1, 2023.

3. On October 31, 2023, Doe attempted to file her Complaint under temporary seal using a "Jane Doe" pseudonym. After the Complaint was rejected by Dane County Circuit Court for using the name "Jane Doe," Doe refiled the Complaint on November 1, 2023, using her real name, but still requesting a temporary seal while the Court considered her Motion to Seal.

4. Even in the short timeframe of Doe's identity being public, before the Court sealed the Complaint, Doe's Complaint—including her name and identity—was obtained by local

1

news media. This led to a flurry of media coverage in Wisconsin, nationwide coverage, and online discussion.[1] On November 2, 2023, the Complaint was sealed by court administration.

5.      On July 29, 2024, the Dane County Court granted Plaintiff's motion for protective order, allowing her to proceed using a pseudonym. Attached hereto as **Exhibit A** is a true and correct copy of the court's Order.

6.      Attached hereto as **Exhibit B** is a true and correct copy of the Complaint replacing Plaintiff's name with the pseudonym of Jane Doe.

FURTHER YOUR DECLARANT SAYETH NAUGHT

I declare under penalty of perjury that everything I have stated in this document is true and correct.  Executed this 24th day of March 2026, in the City of Minneapolis and State of Minnesota.

/S/DANIEL J. CRAGG
Daniel J. Cragg

---

[1] *See Woman Says UW doctors performed gender-altering surgeries without proper consent*, WISCONSIN STATE JOURNAL, Nov. 3, 2023, (https://madison.com/news/local/business/health-care/woman-says-uw-doctors-performedgender-altering-surgeries-without-proper-consent/article_ff7bd30a-79ab-11ee-82bc- 8fefeb60d060.html); *UW gave gender-transition surgeries without proper consent: lawsuit*, FOX NEWS, Nov. 5, 2023, (https://www.foxnews.com/us/uw-gave-gender-transition-surgeries-withoutproper consent-lawsuit); *Jewish Detransitioner Sues Her Surgeons, Mourns She'll Never Conceive Naturally After Hysterectomy*, DAILYWIRE, Nov. 6, 2023, (https://www.dailywire.com/news/jewish-detransitioner-sues-her-surgeons-mourns-shell-neverconceive-naturally-after-hysterectomy); *Woman Says UW doctors performed gender-altering surgeries without proper consent*, REDDIT, (https://www.reddit.com/r/madisonwi/comments/17mw4nm/woman_says_uw_doctors_performed_genderaltering/), (last visited Nov. 12, 2023).