**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Jane Doe, <br><br> Plaintiff, <br><br> v. <br><br> United States, <br><br> Defendant. | Case No.: 26-cv-03118 <br><br> Case Type: Civil Medical Malpractice/Other <br><br> Judge Jeremy C. Daniel |

**EX PARTE APPLICATION**
**FOR TEMPORARY CONTINUED SEALING**

NOW COMES Plaintiff Jane Doe, by and through her undersigned counsel, who respectfully requests that, pursuant to Rules 5.7 and 26.2 of the Local Rules for the Northern District of Illinois, this Court grant continued sealing of her Complaint [Dkt. 1] temporarily while the Court considers granting her permanent relief under her Motion for Continued Sealing and to Proceed Under a Pseudonym.

Doe's Complaint was initially filed under seal pursuant to Rule 5.7, which states that "the clerk is authorized to accept a complaint for filing and treat that complaint and the accompanying papers as if they were restricted pursuant to LR26.2[.]" Under Section 4 of that same Rule, "[a]bsent any order to the contrary, the contents of the case file shall be treated as restricted documents as defined by LR 26.2 for seven days following the day on which the complaint was filed. Except as otherwise ordered, on the seventh day the file will no longer be treated as restricted."

1

Plaintiff has timely sought permanent relief from the Court but recognizes that, absent a Court order, the Rule requires her Complaint to be unsealed on the seventh day of its initial filing. While Plaintiff maintains that good cause exists for permanent relief, as detailed extensively in her Motion, she also submits that good cause exists for the temporary relief of concealing her identity while the Court decides the merits of her Motion. This temporary protection is necessary to prevent any irreversible harm should the Court allow her to proceed under a pseudonym.

This application is based upon the files, records, and proceedings herein.

ECKLAND & BLANDO LLP

Dated: March 25, 2026

/S/ DANIEL J. CRAGG
Daniel J. Cragg, Esq.
100 Washington Avenue South
Suite 1500
Minneapolis, MN 55401
(612) 236-0160
dcragg@ecklandblando.com

*Counsel for Plaintiff*

2