**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

JANE DOE

                      Plaintiff,

v.                                              Case No.: 1:26–cv–03118
                                                Honorable Jeremy C. Daniel

UNITED STATES

                      Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 31, 2026:

        MINUTE entry before the Honorable Jeremy C. Daniel: The plaintiff's motion for continued sealing and to proceed under a pseudonym [5] is granted without prejudice to the defendant's ability to address the relief granted in this order. Until further order of the Court, (1) all parties must replace and refer to the plaintiff as "Jane Doe" pseudonym for all documents, filings, pleadings, or other public facing documents; (2) the plaintiff's address and any other personally identifying information must be redacted; and (3) the defendant shall refrain from identifying the plaintiff's identity publicly. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.